# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PHOENIX LICENSING, L.L.C., an Arizona limited liability company, and LPL LICENSING, L.L.C., a Delaware limited liability company,<br><br>Plaintiffs,<br>v.<br><br>CONSUMER CELLULAR, INC.,<br><br>Defendant. | Civil Action No. 2:15-cv-152-JRG-RSP<br>**LEAD CASE** |
| PHOENIX LICENSING, L.L.C., an Arizona limited liability company, and LPL LICENSING, L.L.C., a Delaware limited liability company,<br><br>Plaintiffs,<br>v.<br><br>THINK FINANCE, INC.; RISE CREDIT, LLC; AND PAYDAY ONE, LLC.,<br><br>Defendants. | Civil Action No. 2:16-cv-157-JRG-RSP |

**JOINT MOTION TO DISMISS WITHOUT PREJUDICE**

WHEREAS, Plaintiffs Phoenix Licensing, L.L.C. and LPL Licensing, L.L.C. ("Plaintiffs") and Defendant Think Finance, Inc. ("Defendant") have entered into a resolution agreement concerning this matter.

NOW, THEREFORE, Plaintiffs and Defendant through their attorneys of record, request

this Court to dismiss all of Plaintiffs' claims against Defendant without prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring same.  Plaintiffs and Defendant also request that Defendant's pending Motion to Dismiss (Dkt 137) be dismissed as moot.

Dated: June 30, 2016

/s/ Benjamin T Wang
Marc A. Fenster (CA SBN 181067)
Benjamin T. Wang (CA SBN 228712)
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Phone: 310-826-7474
Fax: 310-826-6991
Email: mfenster@raklaw.com
       bwang@raklaw.com

S. Calvin Capshaw
Email: ccapshaw@capshawlaw.com
State Bar No. 03783900
Elizabeth DeRieux
Email: ederieux@capshawlaw.com
State Bar No. 05770585
Jeff Rambin
Email: jrambin@capshawlaw.com
State Bar No. 00791478
CAPSHAW DERIEUX LLP
114 E. Commerce Ave.
Gladewater, Texas 75647
Mailing Address:
P.O. Box 3999
Longview, Texas 75606-3999
Tel. 903/236-9800
Fax 903/236-8787

***ATTORNEYS FOR PLAINTIFFS PHOENIX LICENSING, L.L.C. AND LPL LICENSING L.L.C.***

/s/ Jonathan R. Spivey
Jonathan R. Spivey
State Bar No. 24002989
jonathan.spivey@bracewelllaw.com
LaTasha M. Snipes
State Bar No. 24072504
Latasha.snipes@bracewelllaw.com
Bracewell LLP
711 Louisiana St., Ste. 2300
Houston, TX 77002
(713) 221-1227
Attorneys for Think Finance, Inc.

***ATTORNEYS FOR DEFENDANT THINK FINANCE, INC.***

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this 30th day of June, 2016.

/s/ *Benjamin T. Wang*
Benjamin T. Wang