IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PHOENIX LICENSING, L.L.C. and LPL LICENSING, L.L.C., | § § § § § § § § § § § § | Case No. 2:16-CV-00152-JRG-RSP LEAD CASE |
| *Plaintiffs*, | | |
| v. | | |
| CONSUMER CELLULAR, INC., et al.; | | |
| *Defendants*. | | |

## ORDER

Before the Court is the Report and Recommendation filed by Magistrate Judge Payne on March 8, 2017 (Dkt. No. 239) recommending that Defendants' Motions to Dismiss (Dkt. Nos. 68, 103, and 113) be granted. Having considered the objections filed by Plaintiff and finding them to be without sufficient merit, the Recommendation is hereby **ADOPTED**.

It is therefore **ORDERED** that Defendants' Motions to Dismiss (Dkt. Nos. 68, 103, and 113) are **GRANTED**.

**So Ordered this**
**Mar 30, 2017**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE