UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PHOENIX LICENSING, L.L.C., and LPL LICENSING, L.L.C.,<br><br>  Plaintiff,<br><br>  *v.*<br><br>CONSUMER CELLULAR, INC.<br><br>  Defendant.<br>FREEDOM MORTGAGE CORPORATION<br>HEALTHSPRING, INC., ET AL.<br>SECURIAN FINANCIAL GROUP, INC. and MINNESOTA LIFE INSURANCE COMPANY | Civil Action No. 2:16-cv-152-JRG-RSP<br>Lead Case<br><br><br><br>Case No. 2:16-cv-154-JRG-RSP<br>Case No. 2:16-cv-158-JRG-RSP<br>Case No. 2:16-cv-164-JRG-RSP |

## ORDER OF DISMISSAL

On this day, Plaintiffs Phoenix Licensing, L.L.C. and LPL Licensing, L.L.C. have presented an unopposed request that the Court dismiss all of Plaintiffs' claims with prejudice and all of Defendants' counterclaims without prejudice, with no award of attorneys' fees, costs, and expenses to either party.

The Court, having considered this request, hereby GRANTS the Plaintiffs' unopposed motion and ORDERS that all of Plaintiffs' claims be dismissed with prejudice and all of Defendants' counterclaims be dismissed without prejudice.

**SIGNED this 25th day of April, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE