NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

————————

**PHOENIX LICENSING, L.L.C., LPL LICENSING, L.L.C.,**
*Plaintiffs-Appellants*

**v.**

**LOANDEPOT.COM, L.L.C.,**
*Defendant-Appellee*

————————

2017-1993

————————

Appeal from the United States District Court for the Eastern District of Texas in Nos. 2:16-cv-00152-JRG-RSP and 2:16-cv-00160-JRG-RSP, Judge J. Rodney Gilstrap.

————————

## O R D E R

Upon consideration of loanDepot.com, LLC's pending motion for entry of final judgment,

IT IS ORDERED THAT:

The appeal is deactivated. Within 14 days of the district court's ruling on the motion for entry of final judgment, the parties are directed to inform this court how they believe this appeal should proceed.

2                PHOENIX LICENSING, L.L.C. v. LOANDEPOT.COM, L.L.C.

FOR THE COURT

<u>/s/ Peter R. Marksteiner</u>
Peter R. Marksteiner
Clerk of Court

s26